IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLAUDE LEE WOODS, )<br>)<br>Petitioner, )<br>)<br>v )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil Action No. 1:08cv98-MEF |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on March 12, 2008 (Doc. No. 7), and for good cause, it is

ORDERED that this motion is GRANTED.

It is further

ORDERED that the United States is GRANTED an extension from March 13, 2008, to and including April 14, 2008, to file a response to the petitioner's § 2255 motion in compliance with this court's order of February 12, 2008.

Done this 13th day of March, 2008.

        /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE