IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLAUDE LEE WOODS, #11560-002 | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | CASE NO. 1:08-cv-0098-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **O R D E R**

On January 14, 2010, the Magistrate Judge filed a Recommendation (Doc. #14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the 28 U.S.C. § 2255 motion filed by Woods is DENIED, as the claims therein entitle him to no relief.

DONE this the 4th day of February, 2010.

      /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE